B 2500B (Form 2500B) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

| | | |
|---|---|---|
| In re: Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), *et al.*, | ) ) ) | Chapter 11 |
| | ) | Case No.: 22-90273 (MI) |
| Debtors. | ) ) | (Jointly Administered) |
| Tribolet Advisors LLC, as Litigation Trustee of the Litigation Trust for Mining Project Wind Down Holdings, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Adv. Proc. No.:24-03071 |
| Bitmain d/b/a Bitmain Technolgies Ltd., | ) | |
| Defendant. | ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:  Clerk, U.S. Bankruptcy Court
515 Rusk Street
Houston, TX 7002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:        Joseph L. Steinfeld, Jr., Esq.
Kara E. Casteel, Esq.
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ (Clerk of the Bankruptcy Court)

Date: _____        By: _____ (Deputy Clerk)