IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Mining Project Wind Down Holdings, Inc. (f/k/a Compute North Holdings, Inc.), *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. No. 22-90273 (MI)<br><br>(Jointly Administered) |
| Tribolet Advisors LLC, as Litigation Trustee of the Litigation Trust for Mining Project Wind Down Holdings,<br><br>Plaintiff,<br>v.<br><br>Bitmain d/b/a Bitmain Technologies Ltd.,<br><br>Defendant. | Adv. No. 24-03071 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this ***Notice of Dismissal of Adversary Proceeding*** was made on October 8, 2024, via

[X]   Mail service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

<u>Defendant</u>
Officer, Managing or General Agent
Bitmain d/b/a Bitmain Technologies Ltd.
Flat/Rm A1 11/F Success Commercial Building
245-251 Hennessy Road
Wan Chai
CHINA

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 8, 2024              */s/ Jean Esslinger*
                                                   Jean Esslinger
                                                   ASK LLP
                                                   2600 Eagan Woods Drive, Suite 400
                                                   Saint Paul, MN 55121

3